**Order entered April 5, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00868-CR

**JUAN GABRIEL SOSA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. F-1612055-L**

## ORDER

Appellant's motion to suspend Rule 9.3 is **GRANTED**.

/s/    DENNISE GARCIA
       JUSTICE